ACCEPTED
05-20-00055-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/31/2020 11:48 AM
LISA MATZ
CLERK

NO. 05-20-00055-CV

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE COURT OF APPEALS |
| S.B. AND S.B., | § | FOR THE FIFTH DISTRICT |
| CHILDREN | § | OF TEXAS AT DALLAS |

FILED
5th COURT OF APPEALS
DALLAS, TEXAS
3/31/2020 11:48:38 AM
LISA MATZ
Clerk

---

ON APPEAL FROM THE 305TH DISTRICT COURT OF DALLAS COUNTY, TEXAS IN CAUSE NO. 12-1096-X

---

## MOTION TO ALLOW APPOINTED COUNSEL TO WITHDRAW AND TO APPOINT NEW APPELLATE COUNSEL

**TO THE HONORABLE JUDGES OF SAID COURT:**

COMES NOW Appellant's attorney of record, April E. Smith, and respectfully requests that this Court allow appointed counsel to withdraw and to appoint new counsel.

Appellant's parental rights were terminated by judgment in Cause No. 12-1096-X signed December 9, 2019 and the notice of appeal was filed on January 9, 2020.

The brief was due on March 25, 2020.

Counsel has some temporary health issues that are currently prohibiting her

1

from completing the appeals currently assigned to her. Counsel seeks to withdraw so that the appeal may proceed promptly with another attorney representing Appellant.

**WHEREFORE, PREMISES CONSIDERED,** the undersigned attorney prays that this Court will grant this Motion and abate the appeal to order the appointment of new counsel.

Respectfully submitted,


/s/ *April E. Smith*
APRIL E. SMITH
ATTORNEY FOR APPELLANT
STATE BAR NO. 18532800
P.O. BOX 870550
MESQUITE, TEXAS 75187-0550
972-613-5751
FAX: 972-686-4714
april@aesmithlaw.com

## CERTIFICATE OF CONFERENCE

On March 31, 2020, the undersigned spoke with Dallas County Assistant District Attorney, Laura Coats, the attorney for the Department on the merits of the motion. Ms. Coats does not oppose the motion.

/s/ *April E. Smith*
April E. Smith

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been e-served via efile.txcourts.gov on the Dallas County Criminal District Attorney's Office Appellate Division, at dcdaappeals@dallascounty.org on March 31, 2020.

/s/ *April E. Smith*
April E. Smith